UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARLOTTE ANN HARRINGTON | CIVIL ACTION NO. 6:23-CV-00335 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that because this Court finds that the ALJ's finding regarding the Claimant's residual functional capacity is not support by substantial evidence, the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g)[1] with instructions that the evidence regarding Claimant's use of a cane and its impact on her ability to work should be considered, Claimant's subjective complaints of pain should be evaluated, and a report regarding the impact of Claimant's condition upon her ability to work should be

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

obtained from a treating physician and should be reviewed before a determination of Claimant's eligibility for disability benefits is made.

THUS DONE in Chambers on this 12th day of September, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE